1  MICHAEL E. PAPPAS (SBN 130400)
   mpappas@lesnickprince.com
2  DAVID S. ALVERSON (SBN 198885)
   dalverson@lesnickprince.com
3  LESNICK PRINCE & PAPPAS LLP
   315 W. Ninth St., Suite 705
4  Los Angeles, California 90015
   Telephone: (213) 493-6585
5  Facsimile: (213) 493-6596

6  Attorneys for Plaintiff

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GOLD VALUE INTERNATIONAL      | Case No.: `2:15-cv-06928`
    TEXTILE, INC., a California
12  Corporation, individually and doing
13  business as "FIESTA FABRIC,"      | PLAINTIFF'S COMPLAINT FOR:

14                                    | 1.    COPYRIGHT INFRINGEMENT
              Plaintiff,
15                                    | 2.    VICARIOUS AND/OR
         v.                                  CONTRIBUTORY COPYRIGHT
16                                           INFRINGEMENT

17  GYPSY 05, INC., a California      | 3.    BREACH OF WRITTEN
    Corporation; THE TJX                     CONTRACT
18  COMPANIES, INC., a Delaware
19  Corporation, individually and doing | 4.   COMMON COUNT - OPEN
    business as "Marshalls"; EMINENT,        BOOK ACCOUNT
20  INC., a Delaware Corporation,
21  individually and doing business as | Jury Trial Demanded
    "Revolve Clothing" and
22  "www.revolveclothing.com";
23  AMAZON.COM, INC, a Delaware
    Corporation; and DOES 1 through 10,
24  inclusive,

25
              Defendants.
26

27

28

─────────────────────────────────────

                    COMPLAINT

Plaintiff GOLD VALUE INTERNATIONAL TEXTILE, INC., doing business as "FIESTA FABRIC," complains and alleges as follows:

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2.     This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.     Plaintiff, Gold Value International Textile, Inc., doing business as "Fiesta Fabric" ("Fiesta" or "Plaintiff"), is a corporation organized and existing under the laws of the state of California with its principal place of business located in the Los Angeles County.

5.     Plaintiff is informed and believes and thereon alleges that Defendant Gypsy 05, Inc. ("Gypsy 05") is a company organized and existing under the laws of the state of California, and is doing business in Los Angeles County in the State of California.

6.     Plaintiff is informed and believes and thereon alleges that Defendant The TJX Companies, Inc., individually and doing business as "Marshalls," ("TJX") is a corporation organized and existing under the laws of the State of Delaware, and is doing business in Los Angeles County in the State of California.

7.     Plaintiff is informed and believes and thereon alleges that Defendant Eminent, Inc., individually and doing business as "Revolve Clothing" and "www.revolveclothing.com" ("Revolve") is a corporation organized and existing

COMPLAINT

1  under the laws of the state of Delaware and is doing business in Los Angeles

2  County in the State of California.

3      8.   Plaintiff is informed and believes and thereon alleges that Defendant

4  Amazon.com, Inc. ("Amazon") is a corporation organized and existing under the

5  laws of the state of Delaware and is doing business in Los Angeles County in the

6  State of California.

7      9.   Plaintiff is informed and believes and thereon alleges that Defendants

8  DOES 1 through 10, inclusive, are other parties not yet identified who have

9  infringed Plaintiff's copyrights, have contributed to the infringement of

10 Plaintiff's copyrights, or have engaged in one or more of the wrongful practices

11 alleged herein.   The true names, whether corporate, individual or otherwise, of

12 Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which

13 therefore sues said Defendants by such fictitious names, and will seek leave to

14 amend this Complaint to show their true names and capacities when same have

15 been ascertained.

16                    **SUMMARY OF CLAIMS**

17     10.  Plaintiff is a fabric design house in downtown Los Angeles.  It

18 creates, and owns the copyright to, original artwork which it turns into printed

19 fabric and embroidered fabric, among other things.  Gypsy 05 is a clothing

20 manufacturer and retailer.  Gypsy 05 is well aware of Plaintiff and has ordered

21 samples of dozens of copyrighted fabric designs from Plaintiff over the years,

22 including certain samples for which Gypsy 05 has failed to pay Plaintiff.

23 Unfortunately, as set forth below, Gypsy 05 has been systematically copying and

24 using Plaintiff's copyrighted designs and incorporating them into Gypsy 05

25 garments without authorization and without payment to Plaintiff.  Gypsy 05's

26 conduct is not an isolated circumstance, but a knowing, intentional and willful

27

28

1   violation of Plaintiff's rights involving no less than five (5) different copyrighted

2   works.

3   **INFRINGEMENT BY GYPSY 05 - DESIGN 1 (586-SILK EMBROIDERY**

4   **CHIFFON)**

5        11.  Plaintiff is the author and owner of an original two-dimensional

6   artwork used for purposes of textile embroidery and printing entitled "586 – Silk

7   Embroidery Chiffon" (hereinafter "Design 1"), created before the conduct

8   alleged herein.  A true and correct image of Design 1 is presented below:



17        12.  Design 1 was registered with the United States Copyright Office as

18   Registration No. VA 1-923-964, effective as of August 5, 2014.  A true and

19   correct copy of the Certificate of Registration for Design 1 is attached hereto as

20   Exhibit 1 and incorporated herein by reference.

21        13.  Prior to the acts complained of herein, Plaintiff sampled and sold

22   fabric bearing Design 1 to defendant Gypsy 05.  True and correct copies of

23   invoices for Gypsy 05's samples of Design 1 are attached as Exhibit 2.

24        14.  Plaintiff is informed and believes and thereon alleges that, following

25   the receipt of the sample fabric bearing Design 1 from Plaintiff, Gypsy 05

26   created, sold, manufactured, caused to be manufactured, imported and distributed

27   fabric and/or garments comprised of fabric bearing an unauthorized reproduction

28

1   of Design 1 ("Design 1 Infringing Products").  Plaintiff is informed and believes

2   and on that basis alleges that such Design 1 Infringing Products include, but are

3   not limited to, the following Gypsy 05 garment bearing the Gypsy 05 label:



23   **INFRINGEMENT BY GYPSY 05 - DESIGN 2 (GSC-9243L-10)**

24   15.  Plaintiff is the author and owner of an original two-dimensional

25   artwork used for purposes of textile embroidery and printing entitled GSC-

26   9243L-10 (hereinafter "Design 2"), created before the conduct alleged herein.  A

27   true and correct image of Design 2 is presented below:



16.   Design 2 was registered with the United States Copyright Office as part of the Fiesta Fabric, Group 009-Spring/Summer 2012-2013, Registration No. VA 1-864-066, effective as of July 2, 2012.  A true and correct copy of the Certificate of Registration for Design 2 is attached hereto as Exhibit 3 and incorporated herein by reference.

17.   Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Design 2 to defendant Gypsy 05.  True and correct copies of invoices for Gypsy 05's samples of Design 2 are attached as Exhibit 4.

18.   Plaintiff is informed and believes and thereon alleges that, following the receipt of the sample fabric bearing Design 2 from Plaintiff, Gypsy 05 created, sold, manufactured, caused to be manufactured, imported and distributed fabric and/or garments comprised of fabric bearing an unauthorized reproduction of Design 2 ("Design 2 Infringing Products").  Plaintiff is informed and believes and on that basis alleges that such Design 2 Infringing Products include, but are not limited to, the following Gypsy 05 garment bearing the Gypsy 05 label:



### INFRINGEMENT BY GYPSY 05 - DESIGN 3 (976)

19.  Plaintiff is the author and owner of an original two-dimensional artwork used for purposes of textile embroidery and printing entitled design 976. (hereinafter "Design 3"), created before the conduct alleged herein.  A true and correct image of Design 3 is presented below:



20.  Design 3 was registered with the United States Copyright Office as part of the Fiesta Fabric, Group 009-Spring/Summer 2012-2013, Registration No. VA 1-864-066, effective as of July 2, 2012.   A true and correct copy of the Certificate of Registration for Design 3 is attached hereto as Exhibit 5 and incorporated herein by reference.

21.  Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Design 3 to defendant Gypsy 05.  A true and correct copy of the invoice to Gypsy 05 for samples of Design 3 is attached as Exhibit 6.

22.  Plaintiff is informed and believes and thereon alleges that, following the receipt of the sample fabric bearing Design 3 from Plaintiff, Gypsy 05 created, sold, manufactured, caused to be manufactured, imported and distributed fabric and/or garments comprised of fabric bearing an unauthorized reproduction of Design 3 ("Design 3 Infringing Products").  Plaintiff is informed and believes and on that basis alleges that such Design 2 Infringing Products include, but are not limited to, the following Gypsy 05 garment bearing the Gypsy 05 label:



1

## INFRINGEMENT BY GYPSY 05 - DESIGN 4 (CA-084)

2      23.  Plaintiff is the author and owner of an original two-dimensional

3 artwork used for purposes of textile embroidery and printing entitled style

4 number CA-084. (hereinafter "Design 4"), created before the conduct alleged

5 herein.  A true and correct image of Design 4 is presented below:



15      24.   Design 4 was registered with the United States Copyright Office as

16 part of the Fiesta Fabric, Group 055-Spring/Summer 2015, Registration No. VAu

17 1-191-137, effective as of November 14, 2014.   A true and correct copy of the

18 Certificate of Registration for Design 4 is attached hereto as Exhibit 7 and

19 incorporated herein by reference.

20      25.  Prior to the acts complained of herein, Plaintiff sampled and sold

21 fabric bearing Design 4 to defendant Gypsy 05.  True and correct copies of the

22 invoices to Gypsy 05 for samples of Design 4 are attached as Exhibit 8.

23      26.  Plaintiff is informed and believes and thereon alleges that, following

24 the receipt of the sample fabric bearing Design 4 from Plaintiff, Gypsy 05

25 created, sold, manufactured, caused to be manufactured, imported and distributed

26 fabric and/or garments comprised of fabric bearing an unauthorized reproduction

27 of Design 4 ("Design 4 Infringing Products").  Plaintiff is informed and believes

28

1   and on that basis alleges that such Design 2 Infringing Products include, but are

2   not limited to, the following Gypsy 05 garment:

3

4

5

6

7

8

9

10

11

12

13

14   

15   **INFRINGEMENT BY GYPSY 05 - DESIGN 5 (13N4642M)**

16        27.   Plaintiff is the author and owner of an original two-dimensional

17   artwork used for purposes of textile embroidery and printing entitled design

18   13N4642M. (hereinafter "Design 5"), created prior to the conduct alleged herein.

19   A true and correct image of Design 5 is presented below:

20

21

22

23

24   

25

26

27

28

-9-

28.  Design 5 was registered with the United States Copyright Office as part of the Fiesta Fabric, Group 056-Spring/Summer 2015, Registration No. VAu 1-193-503, effective as of December 3, 2014. A true and correct copy of the Certificate of Registration for Design 5 is attached hereto as Exhibit 9 and incorporated herein by reference.

29.  Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Design 5 to defendant Gypsy 05.  A true and correct copy of the invoice to Gypsy 05 for samples of Design 5 is attached as Exhibit 10.

30.  Plaintiff is informed and believes and thereon alleges that, following the receipt of the sample fabric bearing Design 5 from Plaintiff, Gypsy 05 created, sold, manufactured, caused to be manufactured, imported and distributed fabric and/or garments comprised of fabric bearing an unauthorized reproduction of Design 5 ("Design 5 Infringing Products").  Plaintiff is informed and believes and on that basis alleges that such Design 5 Infringing Products include, but are not limited to, the following Gypsy 05 garment advertised on Gypsy 05's social media Instagram account and identified as being a product manufactured by, caused to be manufactured by, or supplied by Gypsy 05.



1

**INFRINGEMENT BY AMAZON – DESIGNS 1 AND 2**

2

31.  Plaintiff is informed and believes and thereon alleges that, following

3

the distribution of samples and fabric bearing Designs 1 and 2 by Plaintiff to

4

Gypsy 05, defendant Amazon sold at retail and/or distributed Design 1 Infringing

5

Products and Design 2 Infringing Products (the "Infringing Amazon Products").

6

Plaintiff is informed and believes and thereon alleges that such Infringing

7

Amazon Products include, but are not limited to,"Gypsy 05 Women's

8

Embroidered Panel Hi Lo Dress" and "Gypsy 05 Women's Embroidered Short,"

9

images of which are below:




**INFRINGEMENT BY TJX – DESIGN 3**

32.  Plaintiff is informed and believes and thereon alleges that, following

the distribution of samples and fabric bearing Design 3 by Plaintiff to Gypsy 05,

defendant TJX sold at retail and/or distributed Design 3 Infringing Products (the

"Infringing TJX Products").  Plaintiff is informed and believes and thereon

alleges that such Infringing TJX Products include, but are not limited to, Gypsy 05 blouse bearing garment RN #121098, images of which are below:

 

### INFRINGEMENT BY REVOLVE – DESIGN 3

33.  Plaintiff is informed and believes and thereon alleges that, following the distribution of samples and fabric bearing Design 3 by Plaintiff to Gypsy 05, defendant Revolve sold at retail and/or distributed Design 3 Infringing Products (the "Infringing Revolve Products").  Plaintiff is informed and believes and thereon alleges that such Infringing Revolve Products include, but are not limited to Gypsy 05 blouses bearing Revolve Style Nos. GYPS-WS242 and GYPS-WS244, images of which from the revolveclothing.com website are below:




34.  Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights and/or in blatant disregard for Plaintiff's rights, such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act up to one hundred fifty thousand dollars ($150,000) per infringement.

35.  A comparison of Designs 1 through 5 (collectively, the "Subject Designs") with the corresponding exemplars of the infringing products makes apparent that the elements, composition, colors, arrangement, layout, and appearance of the designs are substantially similar.

### FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants)

36.  Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 35 of this complaint as though fully set forth herein.

37.  Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to one or more of the Subject Designs, including, without limitation, through samples provided by Plaintiff to Gypsy 05.

1          38.   Plaintiff is informed and believes and thereon alleges that one or

2 more of the Defendants manufactures garments and/or is a garment vendor.

3 Plaintiff is further informed and believes and thereon alleges that said

4 Defendant(s) has an ongoing business relationship with Defendant retailers, and

5 each of them, and supplied garments to said retailer, which garments infringed

6 one or more of the Subject Designs in that said garments were composed of

7 fabric which featured unauthorized design(s) that were identical or substantially

8 similar to the one or more of the Subject Designs, or were an illegal derivation or

9 modification thereof.

10          39.   Plaintiff is informed and believes and thereon alleges that Defendants,

11 and each of them, infringed Plaintiff's copyrights by creating, making, and/or

12 developing directly infringing and/or derivative works from one or more of the

13 Subject Designs and by producing, distributing and/or selling garments which

14 infringe one or more of the Subject Designs through a nationwide network of

15 retail stores, catalogues, and through on-line websites.

16          40.   As a result of Defendants' acts of copyright infringement, Plaintiff

17 has suffered substantial damages to its business in an amount to be established at

18 trial.

19          41.   As a further result of Defendants' acts of copyright infringement,

20 Plaintiff has suffered general and special damages in an amount to be established

21 at trial.

22          42.   As a further result of Defendants' acts of copyright infringement as

23 alleged herein, Defendants, and each of them, have obtained direct and indirect

24 profits they would not otherwise have realized but for their infringement of one

25 or more of the Subject Designs. As such, Plaintiff is entitled to disgorgement of

26 Defendants' profits directly and indirectly attributable to Defendants'

27 infringement of the Subject Designs in an amount to be established at trial.

28

43.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement - Against All Defendants)

44.   Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 43 of this complaint as though fully set forth herein.

45.   Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of garments featuring one or more of the Subject Designs as alleged herein.

46.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

47.   By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

48.   Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect

1   profits they would not otherwise have realized but for their infringement of one

2   or more of the Subject Designs. As such, Plaintiff is entitled to disgorgement of

3   Defendants' profits directly and indirectly attributable to Defendants'

4   infringement of one or more of the Subject Designs, in an amount to be

5   established at trial.

6       49.   Plaintiff is informed and believes and thereon alleges that

7   Defendants, and each of them, have committed acts of copyright infringement, as

8   alleged above, which were willful, intentional and malicious, which further

9   subjects Defendants, and each of them, to liability for statutory damages under

10   Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty

11   thousand dollars ($150,000) per infringement. Within the time permitted by law,

12   Plaintiff will make its election between actual damages and statutory damages.

13   **THIRD CLAIM FOR RELIEF**

14   (Breach of Written Contract against Gypsy 05)

15       50.   Plaintiff incorporates by reference the allegations contained in

16   paragraphs 1 through 9 of this complaint as though fully set forth herein.

17       51.   Between February 2014 and July 2015, Plaintiff shipped quantities of

18   sample fabric designs to Gypsy 05 at Gypsy 05's request at an agreed-upon sum,

19   as reflected on Plaintiff's invoices as set forth below:

20          &bull;   Invoice # 25646, dated 2/28/14, in the amount of $20.00 with

21             payment due Plaintiff by 3/30/14, and a current balance due and

22             owing on that invoice of $20.00;

23          &bull;   Invoice # 26173, dated 45/23/14, in the amount of $2,383.45 with

24             payment due Plaintiff by 6/7/14, and a current balance due and

25             owing on that invoice of $276.66;

26

27

28

- Invoice # 26705, dated 8/5/14, in the amount of $86.25 with payment due Plaintiff by 6/25/2007, and a current balance due and owing on that invoice of $86.26;

- Invoice # 27586, dated 11/18/14, in the amount of $4,592.45 with payment due Plaintiff by 6/25/2007, and a current balance due and owing on that invoice of $4,592.45;

- Invoice # 27589, dated 11/18/14, in the amount of $5,075.00 with payment due Plaintiff by 12/18/14, and a current balance due and owing on that invoice of $1,400.00;

- Invoice # 27650, dated 11/24/14, in the amount of $2,120.25, with payment due Plaintiff by 12/24/14, and a current balance due and owing on that invoice of $2,120.25;

- Invoice # 27813, dated 12/17/14, in the amount of $690.20 with payment due Plaintiff by 1/16/15, and a current balance due and owing on that invoice of $690.20;

- Invoice # 27702, dated 12/3/14, in the amount of $2,726.45 with payment due Plaintiff by 1/2/15, and a current balance due and owing on that invoice of $2,726.45;

- Invoice # 27735, dated 12/8/14, in the amount of $1,348.33 with payment due Plaintiff by 1/7/15, and a current balance due and owing on that invoice of $1,348.33;

Copies of the above invoices are attached as Exhibit 11.

52.  As set forth above, Gypsy 05 has failed to pay in full the outstanding amounts owed on the invoices referenced above.  The total amount of money owed by Gypsy 05 to Plaintiff on these invoices is $18,260.48.

53.  Plaintiff shipped Gypsy 05 sample fabric designs on account of the orders placed by Gypsy 05 as reflected in the invoices at Exhibit 11 and, at all

1  times, Plaintiff duly performed all of its obligations under the terms of the

2  parties' agreement as reflected in those invoices.

3      54.  There is now due, owing and payable the sum of $18,260.48 from

4  Gypsy 05 to Plaintiff plus interest charges.   Gypsy 05 has breached the parties'

5  written agreements by failing and refusing to pay Plaintiff the amount owed plus

6  interest charges.

7  **FOURTH CLAIM FOR RELIEF**

8  (Common Count – against Gypsy 05)

9      55.  Plaintiff incorporates by reference the allegations contained in

10  paragraphs 1 through 9 and 50 through 54 of this complaint as though fully set

11  forth herein.

12      56.  Within the last year, Gypsy 05 became indebted to Plaintiff on an

13  open book account for money due in the sum of $18,260.48, plus interest

14  charges, for goods and wares sold, and/or for services performed, by Plaintiff and

15  for which Gypsy 05 agreed to pay the above sum.

16      57.  Neither all nor any part of the agreed balance has been paid by

17  Gypsy 05, although demand for payment has been made.

18      58.  There is now due and owing an unpaid balance from Gypsy 05 in the

19  sum of $18,260.48 plus interest charges.

20  **PRAYER FOR RELIEF**

21  Wherefore, Plaintiff prays for judgment as follows:

22  1.  With Respect to the First and Second Claims for Relief

23      a.  That Defendants, each of them, and their agents and employees be

24  enjoined from infringing Plaintiff's copyrights in any manner, specifically those

25  for the Subject Designs;

26      b.  That a constructive trust be imposed over the Design 1 Infringing

27  Products,  Design 2 Infringing Products,  Design 3 Infringing Products, Design 4

28

1   Infringing Products, Design 5 Infringing Products, Infringing Amazon Products,

2   Infringing TJX Products, and Infringing Revolve Products, and any revenues

3   derived from their sales;

4       c.  That Defendants, and each of them, account to Plaintiff for their

5   profits and any damages sustained by Plaintiff arising from the foregoing acts of

6   infringement, the exact sum to be proven at the time of trial, or, if elected before

7   final judgment, for statutory damages as available under the Copyright Act, 17

8   U.S.C. § 101 et seq.;

9       d.  That Plaintiff be awarded its attorneys' fees as available under the

10  Copyright Act U.S.C. § 101 et seq.;

11      e.  That Plaintiff be awarded pre-judgment interest as allowed by law;

12      f.  That Plaintiff be awarded the costs of this action; and

13      g.  That Plaintiff be awarded such further legal and equitable relief as

14  the Court deems proper.

15      2.  <u>With Respect to the Third and Fourth Claims for Relief</u>

16      a.  For monetary damages according to proof and, in any event, in

17  excess of $18,260.48.

18      b.  For interest according to proof;

19      c.  For costs of suit incurred, including reasonable attorney fees; and

20      d.  For other relief as the Court deems proper.

21

22  Date: September 3, 2015        LESNICK PRINCE & PAPPAS LLP

23                      MICHAEL E. PAPPAS
                        DAVID S. ALVERSON

24

25                      By: <u>/s/ Michael E. Pappas</u>

26                        Attorneys for Plaintiff

27

28

COMPLAINT

1

## DEMAND FOR JURY TRIAL

2     Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R.

3 Civ. P. 38 and the 7th Amendment to the United States Constitution.

4

5 Date: September 3, 2015            LESNICK PRINCE & PAPPAS LLP
MICHAEL E. PAPPAS
6                              DAVID S. ALVERSON

7

8                          By: /s/ Michael E. Pappas
                              Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-923-964

**Effective date of
registration:**

August 5, 2014

---

## Title

**Title of Work:** #586 - Silk Embroidery Chiffon

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 1, 2008     **Nation of 1st Publication:** United States

## Author

■     **Author:** Gold Value Int'l.Textile Inc.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Gold Value Int'l.Textile Inc.

1142 E. 12th St.,, Los Angeles, CA, 90021, United States

## Rights and Permissions

**Organization Name:** Gold Value Int'l.Textile Inc.

**Telephone:** 213-572-3333

**Address:** 1142 E. 12th ST.,

Los Angeles, CA 90021  United States

## Certification

**Name:** Morris Ajnassian

**Date:** August 5, 2014

Page 1 of 1

# EXHIBIT 2



# FIESTA FABRIC
**Textile Importer, Exporter**

1142 E. 12th st. Los Angeles, CA 90021

**INVOICE # 23802**

| CUSTOMER PO # | PAGE |
|---|---|
| c/o Andy | 1 / 1 |
| DATE | DUE DATE |
| 04/08/13 | 04/23/13 |

Tel: (213) 572-3333   Fax: (213) 572-3330
www.fiestafabric.com

| S O L D T O | GYPSY 05 / PHIL TZAFRIR COHEN 3200 Union Pacific Ave., LOS ANGELES, CA 90023 (323) 265-2700 / FAX: (323) 657-5369 | S H I P T O | GYPSY 05 / PHIL TZAFRIR COHEN 3200 Union Pacific Ave., LOS ANGELES, CA 90023 TEL: (323) 265-2700 / FAX: (323) 657-5369 |
|---|---|---|---|

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | Andy | Net 15 | HOUSE DEL. | 2 |

| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | APPROVED BY |
|---|---|---|---|---|---|
| 04/08/13 | C/O ANDY | 0 | 24342 | HOUSE ACCOUNT | |

| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FRT METHOD, TERMS | | |
|---|---|---|---|---|---|
| 04/08/13 | 23802 | Morris | NONE | X | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| GSC-9243L | PFD | DOUBLE STITCH COTTON EMBROIDERY 52/54" | 3 | $12.50 | $37.50 |
| #586 | PFD | SILK EMBROIDERY CHIFFON 6 M/M, 100% SILK 44/45" | 3 | $12.50 | $37.50 |

| | | |
|---|---|---|
| Subtotal : | 6 | $75.00 |
| Freight & Handling : | | $0.00 |
| **TOTAL :** | | **$75.00** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

*Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix lots.*

1. CLAIMS - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

© 2015 MOD2 INC.



# FIESTA FABRIC

**Textile Importer, Exporter**

**INVOICE # 24227**

| CUSTOMER PO # | PAGE |
|---|---|
| 1878 | 1/1 |

| DATE | DUE DATE |
|---|---|
| 06/24/13 | 06/24/13 |

1142 E. 12th st. Los Angeles, CA 90021

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**S O L D  T O**
GYPSY 05 / PHIL TZAFRIR COHEN
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**S H I P  T O**
GYPSY 05 / PHIL TZAFRIR COHEN
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700 / FAX: (323) 657-5369

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | Andy | | Net | HOUSE DEL. | 1 |

| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | APPROVED BY |
|---|---|---|---|---|---|
| 06/24/13 | 1878 | 0 | 24593 | HOUSE ACCOUNT | |

| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FRT METHOD, TERMS | | |
|---|---|---|---|---|---|
| 06/24/13 | 24227 | PENDING | NONE | X | |

| STYLE NO | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| #586 | PFD | SILK EMBROIDERY CHIFFON 6 M/ M, 100% SILK 44/45" | 96.238 | $12.50 | $1,202.97 |

| | | |
|---|---|---|
| Subtotal : | 96.238 | $1,202.97 |
| Freight & Handling : | | $0.00 |
| **TOTAL :** | | **$1,202.97** |

**WARNING:** All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

**1. CLAIMS** - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
**2. TESTING OF GOODS** - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
*Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
**3. CASUALTIES** - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
**4. WARRANTIES** - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
**5. PAYMENT** - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
**6. JURISDICTION** - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

© 2015 MOD2 INC.



# FIESTA FABRIC

**Textile Importer, Exporter**

**INVOICE # 24690**

| CUSTOMER PO # | PAGE |
|---|---|
| c/o Andy | 1 / 1 |
| DATE | DUE DATE |
| 09/06/13 | 09/21/13 |

1142 E. 12th st.  Los Angeles, CA 90021

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**S O L D T O**
**GYPSY 05 / PHIL TZAFRIR COHEN**
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**S H I P T O**
**GYPSY 05**
3236 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | Andy | | Net 15 | HOUSE DEL. | 1 |
| **INVOICE DATE** | **CUST PO #** | **BILL OF LADING** | **SALES ORDER #** | **SALESPERSON** | **APPROVED BY** |
| 09/06/13 | C/O ANDY | 0 | 25256 | HOUSE ACCOUNT | |
| **SHIPPING DATE** | **PACKING SLIP #** | **APPROVAL #** | **FRT METHOD, TERMS** | | |
| 09/06/13 | 24690 | Morris | NONE | X | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| #586 | PFD | SILK EMBROIDERY CHIFFON 6 M/ M, 100% SILK 44/45" | 17 | $12.50 | $212.50 |

| | | |
|---|---|---|
| Subtotal : | 17 | $212.50 |
| Freight & Handling : | | $0.00 |
| **TOTAL :** | | **$212.50** |

**Notes**
Received by Andy w/o Pckg. list

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1. CLAIMS -Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
   Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
   Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
   *** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

© 2013  MOD2 INC.

# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-864-066

**Effective date of
registration:**

July 2, 2012

*posted 7/3/13*

---

## Title

**Title of Work:** FIESTA FABRIC, GROUP 009-SPRING/SUMMER 2012-2013

**Contents Titles:** 1. 862-1, 2. 867-27, 3. 872-27, 4. 886-33, 4. 887-33, 5. 888-33, 6. 889-33, 7. 898-33, 9. 899-10, 10. 900-33, 11. 906-33, 12. 908-33, 13. 909-23, 14. 910-33, 15. 911-1, 16. 911-10, 17. 912-1, 18. 913-23, 19. 927, 20. 934-3, 21. 935-3, 22. 935-4, 23. 946-24, 24. 947-1, 25. 948, 26. 948-1, 27. 949-1, 28. 950-1, 29. 961, 30. 972-33, 31. 973-33, 32. 974-33, 33. 975-33, 34. 976, 35. 977, 36. 978-33, 37. 979-33, 38. 980-33, 39. 981-33, 40. 982-33, 41. 996-1, 42. 1065-31, 43. 1120-31, 44. FIE-206-720-33, 45. FIE-206-849-1, 46. FIE-206-912-52, 47. FIE-CW-4018, 48. FIE-CW-4022, 49. GSC-9243L-10, 50. LA N-12886, 51. P1012284

**Nature of Work:** FABRIC DESIGN

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 1, 2011          **Nation of 1st Publication:** United States

## Author

■          **Author:** FIESTA FABRIC/Gold Value Int'l Textile

**Author Created:** 2-Dimensional artwork

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** FIESTA FABRIC/Gold Value Int'l Textile

1142 E. 12th St., Los Angeles, CA, 90021

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** MORRIS AJNASSIAN

**Date:** April 5, 2012

**Correspondence:** Yes

# EXHIBIT 4



# FIESTA FABRIC

**Textile Importer, Exporter**

**INVOICE # 23802**

| CUSTOMER PO # | PAGE |
|---|---|
| c/o Andy | 1/1 |

| DATE | DUE DATE |
|---|---|
| 04/08/13 | 04/23/13 |

1142 E. 12th st. Los Angeles, CA 90021

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**S O L D T O**
GYPSY 05 / PHIL TZAFRIR COHEN
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**S H I P T O**
GYPSY 05 / PHIL TZAFRIR COHEN
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700 / FAX: (323) 657-5369

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | Andy | Net 15 | HOUSE DEL. | 2 |

| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | APPROVED BY |
|---|---|---|---|---|---|
| 04/08/13 | C/O ANDY | 0 | 24342 | HOUSE ACCOUNT | |

| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FRT METHOD, TERMS | | |
|---|---|---|---|---|---|
| 04/08/13 | 23802 | Morris | NONE | X | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| GSC-9243L | PFD | DOUBLE STITCH COTTON EMBROIDERY 52/54" | 3 | $12.50 | $37.50 |
| #586 | PFD | SILK EMBROIDERY CHIFFON 6 M/ M, 100% SILK 44/45" | 3 | $12.50 | $37.50 |
| | | Subtotal : | 6 | | $75.00 |
| | | Freight & Handling : | | | $0.00 |
| | | **TOTAL :** | | | **$75.00** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1. CLAIMS –Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
*Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this ,transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

© 2015   MODE2, INC.

# FIESTA FABRIC

Textile Importer, Exporter



1142 E. 12th St. Los Angeles, CA 90021

**INVOICE # 24232**

| PAGE | CUSTOMER PO # | DATE | DUE DATE |
|---|---|---|---|
| 1 / 1 | 1878 | 06/24/13 | 06/24/13 |

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**SOLD TO**
GYPSY 05 / PHIL TZAFRIR COHEN
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**SHIP TO**
GYPSY 05 / PHIL TZAFRIR COHEN
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700 / FAX: (323) 657-5369

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| Andy | | | Net | | 3 |

| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | HOUSE DEL. |
|---|---|---|---|---|---|
| 06/24/13 | 1878 | 0 | 24593 | HOUSE ACCOUNT | |

| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FIT METHOD, TERMS | APPROVED BY |
|---|---|---|---|---|
| 06/24/13 | 24252 | PENDING | NONE | X |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| GSC-9243T | PPD | DOUBLE STITCH COTTON EMBROIDERY 52/54" | 264 | $12.50 | $3,300.00 |

| | | |
|---|---|---|
| Subtotal : | 264 | $3,300.00 |
| Freight & Handling : | | $0.00 |
| **TOTAL :** | | **$3,300.00** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1.CLAIMS - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and a waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in terms or price must be reported within 5 days.

2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for children sleepwear.

Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.

3. CASUALTIES - Goods delivered throughout common carriers or silent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.

4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.

5. PAYMENT - Payments are due within time period specified on invoice. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 1.5% per month.

6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any disputes that arises from this transaction shall be governed by laws of the State of California.

*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.

© 2015 MOOI INC.



# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-864-066**

**Effective date of
registration:**

July 2, 2012

*posted 7/3/13*

## Title

**Title of Work:** FIESTA FABRIC, GROUP 009-SPRING/SUMMER 2012-2013

**Contents Titles:** 1. 862-1, 2. 867-27, 3. 872-27, 4. 886-33, 4. 887-33, 5. 888-33, 6. 889-33, 7. 898-33, 9. 899-10, 10. 900-33, 11. 906-33, 12. 908-33, 13. 909-23, 14. 910-33, 15. 911-1, 16. 911-10, 17. 912-1, 18. 913-23, 19. 927, 20. 934-3, 21. 935-3, 22. 935-4, 23. 946-24, 24. 947-1, 25. 948, 26. 948-1, 27. 949-1, 28. 950-1, 29. 961, 30. 972-33, 31. 973-33, 32. 974-33, 33. 975-33, 34. 976, 35. 977, 36. 978-33, 37. 979-33, 38. 980-33, 39. 981-33, 40. 982-33, 41. 996-1, 42. 1065-31, 43. 1120-31, 44. FIE-206-720-33, 45. FIE-206-849-1, 46. FIE-206-912-52, 47. FIE-CW-4018, 48. FIE-CW-4022, 49. GSC-9243L-10, 50. LA N-12886, 51. P1012284

**Nature of Work:** FABRIC DESIGN

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 1, 2011          **Nation of 1st Publication:** United States

## Author

■ **Author:** FIESTA FABRIC/Gold Value Int'l Textile

**Author Created:** 2-Dimensional artwork

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** FIESTA FABRIC/Gold Value Int'l Textile

1142 E. 12th St., Los Angeles, CA, 90021

## Limitation of copyright claim

**Previously registered:** No

## Certification

Page 1 of 2

**Name:** MORRIS AJNASSIAN

**Date:** April 5, 2012

**Correspondence:** Yes



# EXHIBIT 6



# FIESTA FABRIC
**Textile Importer, Exporter**

**INVOICE # 24482**

| CUSTOMER PO # | PAGE |
|---|---|
| 2002 | 1 / 1 |

| DATE | DUE DATE |
|---|---|
| 08/06/13 | 08/21/13 |

1142 E. 12th St. Los Angeles, CA 90021

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**S O L D T O**
**GYPSY 05 / PHIL TZAFRIR COHEN**
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**S H I P T O**
**GYPSY 05**
3236 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | Andy | Net 15 | LINE EXPRESS | 6 |
| **INVOICE DATE** | **CUST PO #** | **BILL OF LADING** | **SALES ORDER #** | **SALESPERSON** | **APPROVED BY** |
| 08/06/13 | 2002 | 0 | 24880 | HOUSE ACCOUNT | |
| **SHIPPING DATE** | **PACKING SLIP #** | **APPROVAL #** | **FRT METHOD, TERMS** | | X |
| 08/06/13 | 24482 | PENDING | NONE | | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 976-33REDO | PFD | 100% Silk Crinkle Embroidery 6mm 44/45" | 294 | $12.50 | $3,675.00 |

| | | |
|---|---|---|
| Subtotal : | 294 | $3,675.00 |
| Freight & Handling : | | $36.95 |
| **TOTAL :** | | **$3,711.95** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

**1. CLAIMS** -Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
**2. TESTING OF GOODS** - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear. **Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.**
**3. CASUALTIES** - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
**4. WARRANTIES** - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
**5. PAYMENT** - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
**6. JURISDICTION** - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

© 2013 MOD2 INC.

# EXHIBIT 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-191-137

**Effective date of registration:**

November 14, 2014

---

**Title**

---

**Title of Work:** Grp. 055 - Spring/Summer 2015

**Contents Titles:** HA-10328 Embroidery

CA-084 - Embroidery

CA-125  - Embroidery

2120-43  - Embroidery Eyelet

2124-43  - Embroidery

1817 - Print

CA-100  - Print

CA-156  - Print

206-A100100-64 - Print

A100138 - Print with Lurex

A100288 - Print

A100302 - Print

A100303 - Print

A100305 - Print

A100306 - Print

A100307 - Print

A100308 - Print with Lurex

A100309 - Print

A100313 - Print

A100314 - Print

A100315 - Print

A100316 - Print

---

**Completion/Publication**

---

**Year of Completion:** 2014

**Author**

---

**Author:** Gold Value International Textile Inc.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Gold Value International Textile Inc.

1142 E. 12th St., Los Angeles, CA 90021, United States

## Rights and Permissions

**Organization Name:** Gold Value International Textile Inc.

**Telephone:** 213-572-3333

**Address:** 1142 E. 12th St.

Los Angeles, CA 90021  United States

## Certification

**Name:** Morris Ajnassian

**Date:** November 14, 2014



# EXHIBIT 8



# FIESTA FABRIC

**Textile Importer, Exporter**

**INVOICE # 27637**

| CUSTOMER PO # | PAGE |
|---|---|
| | 1 / 1 |

| DATE | DUE DATE |
|---|---|
| 11/21/14 | 12/21/14 |

1142 E. 12th st.  Los Angeles, CA 90021

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**S O L D T O**

**GYPSY 05 / PHIL TZAFRIR COHEN**
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
☎ (323) 265-2700 / FAX: (323) 657-5369

**S H I P T O**

**GYPSY 05 / PHIL TZAFRIR COHEN**
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700 / FAX: (323) 657-5369

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 30 | TBT EXPRESS | 3 |
| **INVOICE DATE** | **CUST PO #** | **BILL OF LADING** | **SALES ORDER #** | **SALESPERSON** | **APPROVED BY** |
| 11/21/14 | | 0 | 27745 | TRACY | |
| **SHIPPING DATE** | **PACKING SLIP #** | **APPROVAL #** | **FRT METHOD, TERMS** | (818) 389-2928 | X |
| 11/21/14 | 27637 | APP | Prepaid & Bill Invoice | tracy@tessilegroup.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CA-084-43 | PFD | 100% Poly Crochet Embroidery 30D 57/58" | 158 | $12.85 | $2,030.30 |

| | | |
|---|---|---|
| Subtotal : | 158 | $2,030.30 |
| Freight & Handling : | | $48.95 |
| **TOTAL :** | | **$2,079.25** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1. CLAIMS -Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - it is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear. *Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

© 2015 MOD2 INC.

# FIESTA FABRIC

**Textile Importer, Exporter**

**INVOICE # 27650**

| CUSTOMER PO # | PAGE |
|---|---|
| | 1 / 1 |

| DATE | DUE DATE |
|---|---|
| 11/24/14 | 12/24/14 |

1142 E. 12th st. Los Angeles, CA 90021

Tel: (213) 572-3333 Fax: (213) 572-3330
www.fiestafabric.com

**SOLD TO**
**GYPSY 05 / PHIL TZAFRIR COHEN**
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**SHIP TO**
**GYPSY 05 / PHIL TZAFRIR COHEN**
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700 / FAX: (323) 657-5369

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 30 | TBT EXPRESS | 3 |
| **INVOICE DATE** | **CUST PO #** | **BILL OF LADING** | **SALES ORDER #** | **SALESPERSON** | **APPROVED BY** |
| 11/24/14 | | 0 | 27745 | TRACY | |
| **SHIPPING DATE** | **PACKING SLIP #** | **APPROVAL #** | **FRT METHOD, TERMS** | (818) 389-2928 | X |
| 11/24/14 | 27650 | APP | Prepaid & Bill Invoice | tracy@tessilegroup.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CA-084-43 | OLIVE | 100% Poly Crochet Embroidery 30D 57/58" | 165 | $12.85 | $2,120.25 |
| | | Subtotal : | 165 | | $2,120.25 |
| | | Freight & Handling : | | | $0.00 |
| | | **TOTAL :** | | | **$2,120.25** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

**1. CLAIMS** -Goods must be counted upon receipt. Cutting ticket is not proof of shortage. **We are not responsible for any goods after garment dying.** All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
**2. TESTING OF GOODS** - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
*Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
**3. CASUALTIES** - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
**4. WARRANTIES** - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
**5. PAYMENT** - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
**6. JURISDICTION** - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

© 2015 MDDZ INC.

# EXHIBIT 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-193-503**

**Effective date of registration:**

December 3, 2014

## Title

**Title of Work:** Grp. 056 - Spring/Summer 2015

**Contents Titles:** 1081-23 - Embroidery

11N2728 - Embroidery

11N3152 - Embroidery dble. border

12N3949 - Mesh Emb. with Brushed

12N4094 - Yarn Dye Embroidery

13N4642M - Embroidery

13N4804 - Embroidery

13N4848 - Dble. Border Emb.

14N5052 - Mesh Embroidery

14N5541M - Embroidery

14N5719 - Crochet

14N5912 - Embroidery

14N5974 - Double border Emb.

1135 - Print

2135 - Print

2136 - Print

2137 - Print

2138 - Print

2139 - Print

2140 - Print

2141 -Print

2149 - Print

2175 - Print

2176 - Print

206-A100310 - Print

206-A100312 - Print

## Completion/Publication

Year of Completion: 2014

## Author

Author: Gold Value International Textile Inc.

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States

## Copyright claimant

Copyright Claimant: Gold Value Internaitonal Textile Inc.

1142 E. 12th ST.,, Los Angeles, CA, 90021, United States

## Rights and Permissions

Organization Name: Gold Value International Textile Inc.

Telephone: 213-572-3333

Address: 1142 E. 12th St.,

Los Angeles, CA 90021  United States

## Certification

Name: Morris Ajnassian

Date: December 3, 2014

Correspondence: Yes

# EXHIBIT 10

# FIESTA FABRIC

**Textile Importer, Exporter**

1142 E. 12th st.  Los Angeles, CA 90021

**INVOICE # 27586**

| CUSTOMER PO # | PAGE |
|---|---|
| 3485 | 1 / 1 |
| DATE | DUE DATE |
| 11/18/14 | 12/18/14 |

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**S O L D T O**
**GYPSY 05 / PHIL TZAFRIR COHEN**
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700  /  FAX: (323) 657-5369

**S H I P T O**
**GYPSY 05**
3236 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 30 | TBT EXPRESS | 4 |
| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | APPROVED BY |
| 11/18/14 | 3485 | 0 | 27743 | TRACY | |
| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FRT METHOD, TERMS | (818) 389-2928 | X |
| 11/18/14 | 27586 | PENDING | Prepaid & Bill Invoice | tracy@tessilegroup.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 13N4642M | NAVY | 65%Rayon 35%Cotton Double Border Embroidery 51/52" | 131 | $9.75 | $1,277.25 |
| 13N4642M | RED | "          "          " | 135 | $9.75 | $1,316.25 |
| 13N4642S | NAVY | 65%Rayon 35%Cotton Solid Ground 51/52" | 100 | $9.75 | $975.00 |
| 13N4642S | RED | "          "          " | 100 | $9.75 | $975.00 |
| | | Subtotal : | 466 | | $4,543.50 |
| | | Freight & Handling : | | | $48.95 |
| | | **TOTAL :** | | | **$4,592.45** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric.  Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered.  Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

**1. CLAIMS** - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying.  All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
**2. TESTING OF GOODS** - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.  *Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
**3. CASUALTIES** - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
**4. WARRANTIES** - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
**5. PAYMENT** - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
**6. JURISDICTION** - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this ,transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***

© 2015  MODI INC.

# EXHIBIT 11



# FIESTA FABRIC
Textile Importer, Exporter

**INVOICE # 25646**

| CUSTOMER PO # | PAGE |
|---|---|
| c/o Andy | 1 / 1 |

| DATE | DUE DATE |
|---|---|
| 02/28/14 | 03/30/14 |

1142 E. 12th st. Los Angeles, CA 90021

Tel: (213) 572-3333   Fax: (213) 572-3330
www.fiestafabric.com

**SOLD TO**
GYPSY 05 / PHIL TZAFRIR COHEN
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**SHIP TO**
GYPSY 05
3236 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | Andy | Net 30 | PICK-UP | 1 |
| **INVOICE DATE** | **CUST PO #** | **BILL OF LADING** | **SALES ORDER #** | **SALESPERSON** | **APPROVED BY** |
| 02/28/14 | C/O ANDY | 0 | 26192 | HOUSE ACCOUNT | |
| **SHIPPING DATE** | **PACKING SLIP #** | **APPROVAL #** | **FRT METHOD, TERMS** | X | |
| 02/28/14 | 25646 | Morris | Pick up | | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| #1562-74 | PFD/PFD | 100% Rayon Georgette Embroidery 52/54" | 2 | $10.00 | $20.00 |

| | | |
|---|---|---|
| Subtotal : | 2 | $20.00 |
| Freight & Handling : | | $0.00 |
| **TOTAL :** | | **$20.00** |

**Notes**

Picked up by Andy without P/List copy.

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1. CLAIMS –Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight-yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
   Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
   Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
   *** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***



## FIESTA FABRIC
### Textile Importer, Exporter

1142 E. 12th st. Los Angeles, CA 90021

**INVOICE # 26173**

| CUSTOMER PO # | PAGE |
|---|---|
| 2888 | 1 / 1 |
| DATE | DUE DATE |
| 05/23/14 | 06/07/14 |

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**SOLD TO**
GYPSY 05
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**SHIP TO**
GYPSY 05
3236 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 15 | TBT EXPRESS | 5 |
| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | APPROVED BY |
| 05/23/14 | 2888 | 0 | 26517 | TRACY | |
| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FRT METHOD, TERMS | (818) 389-2928 | X |
| 05/23/14 | 26173 | PENDING | Prepaid & Bill Invoice | tracy@tessilegroup.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1957-41 | PFD | 100% Cotton Crochet Embroidery 40" | 203 | $11.50 | $2,334.50 |
| | | Subtotal : | 203 | | $2,334.50 |
| | | Freight & Handling : | | | $48.95 |
| | | TOTAL : | | | $2,383.45 |

**WARNING:** All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

*paid - @ 2057.95*

*Bal. 276.55*

1. **CLAIMS** -Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. **TESTING OF GOODS** - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear. Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.
3. **CASUALTIES** - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. **WARRANTIES** - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. **PAYMENT** - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. **JURISDICTION** - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***



**FIESTA FABRIC**

Textile Importer, Exporter

**INVOICE # 26705**

| CUSTOMER PO # | PAGE |
|---|---|
| **c/o Kumiko** | 1 / 1 |
| DATE | DUE DATE |
| 08/05/14 | 09/04/14 |

1142 E. 12th st. Los Angeles, CA 90021

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

| S O L D T O | GYPSY 05<br>3200 Union Pacific Ave.,<br>LOS ANGELES, CA 90023<br>(323) 265-2700 / FAX: (323) 657-5369 | S H I P T O | GYPSY 05<br>3200 Union Pacific Ave.,<br>LOS ANGELES, CA 90023<br>TEL: (323) 265-2700 / FAX: (323) 657-5369 |
|---|---|---|---|

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | Kumiko Yen | Net 30 | HOUSE DEL. | 1 |

| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | APPROVED BY |
|---|---|---|---|---|---|
| 08/05/14 | C/O KUMIKO | 0 | 27279 | TRACY | |

| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FRT METHOD, TERMS | | |
|---|---|---|---|---|---|
| 08/05/14 | 26705 | Morris | NONE | (818) 389-2928<br>tracy@tessilegroup.com | X |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1957-41 | PFD | 100% Cotton Crochet<br>Embroidery 40" | 7.50 | $11.50 | $86.25 |

| | | | | Subtotal : | 7.50 | $86.25 |
| | | | | Freight & Handling : | | $0.00 |
| | | | | **TOTAL :** | | **$86.25** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1. CLAIMS - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dyeing. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
     Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
     Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***



## INVOICE # 27586

| CUSTOMER PO # | PAGE |
|---|---|
| 3485 | 1 / 1 |
| DATE | DUE DATE |
| 11/18/14 | 12/18/14 |

**FIESTA FABRIC**
Textile Importer, Exporter

1142 E. 12th st.  Los Angeles, CA 90021

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**SOLD TO**
GYPSY 05
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**SHIP TO**
GYPSY 05
3236 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700

| NAME | DEPT/DIVISION | ATTENTION | TERMS Net 30 | SHIPPED VIA TBT EXPRESS | TOTAL PCS 4 |
|---|---|---|---|---|---|
| INVOICE DATE 11/18/14 | CUST PO # 3485 | BILL OF LADING 0 | SALES ORDER # 27743 | SALESPERSON TRACY | APPROVED BY |
| SHIPPING DATE 11/18/14 | PACKING SLIP # 27586 | APPROVAL # PENDING | FRT METHOD, TERMS Prepaid & Bill Invoice | (818) 389-2928 tracy@tessiliegroup.com | X |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 13N4642M | NAVY | 65%Rayon 35%Cotton Double Border Embroidery 51/52" | 131 | $9.75 | $1,277.25 |
| 13N4642M | RED | " " " " | 135 | $9.75 | $1,316.25 |
| 13N4642S | NAVY | 65%Rayon 35%Cotton Solid Ground 51/52" | 100 | $9.75 | $975.00 |
| 13N4642S | RED | " " " " | 100 | $9.75 | $975.00 |
| | | Subtotal : | 466 | | $4,543.50 |
| | | Freight & Handling : | | | $48.95 |
| | | TOTAL : | | | $4,592.45 |

WARNING:  All patterns attached hereto are registered copyrights of Fiesta Fabric.  Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered.  Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1. CLAIMS - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying.  All claims or demands for defective merchandise be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear. *Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from the transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***



**FIESTA FABRIC**

Textile Importer, Exporter

1142 E. 12th st.  Los Angeles, CA 90021

**INVOICE # 27589**

| CUSTOMER PO # | PAGE |
|---|---|
| 3485 | 1/1 |
| DATE | DUE DATE |
| 11/18/14 | 12/18/14 |

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

**SOLD TO**
GYPSY 05
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

**SHIP TO**
GYPSY 05
3236 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 30 | TBT EXPRESS | 2 |
| **INVOICE DATE** | **CUST PO #** | **BILL OF LADING** | **SALES ORDER #** | **SALESPERSON** | **APPROVED BY** |
| 11/18/14 | 3485 | 0 | 27771 | TRACY | |
| **SHIPPING DATE** | **PACKING SLIP #** | **APPROVAL #** | **FRT METHOD, TERMS** | (818) 389-2928 | X |
| 11/18/14 | 27589 | APP | NONE | tracy@tessllegroup.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 11N2776M | BURGUNDY | 100% Cotton Yarn Dye Double Border Embroidery 51/52" | 175 | $14.50 | $2,537.50 |
| 11N2776M | TEAL | "    "    "    "    " | 175 | $14.50 | $2,537.50 |

| | | |
|---|---|---|
| Subtotal : | 350 | $5,075.00 |
| Freight & Handling : | | $0.00 |
| **TOTAL :** | | **$5,075.00** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

*PAID - $ 3675.00*

*Bal - $ 1400~*

1. CLAIMS -Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dyeing. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any error in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weightyness, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
    *Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
3. CASUALTIES - Goods delivered throughout common carriers or sent via postal post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
    Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***



**FIESTA FABRIC**
Textile Importer, Exporter

**INVOICE # 27650**

| CUSTOMER PO # | PAGE |
| | 1 / 1 |

| DATE | DUE DATE |
| 11/24/14 | 12/24/14 |

1142 E. 12th st.  Los Angeles, CA 90021

Tel: (213) 572-3333   Fax: (213) 572-3330
www.fiestafabric.com

S O L D  T O
**GYPSY 05**
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
(323) 265-2700 / FAX: (323) 657-5369

S H I P  T O
**GYPSY 05**
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700 / FAX: (323) 657-5369

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 30 | TBT EXPRESS | 3 |
| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | APPROVED BY |
| 11/24/14 | 0 | | 27745 | TRACY | |
| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FRT METHOD, TERMS | (818) 389-2928 | X |
| 11/24/14 | 27650 | APP | Prepaid & Bill Invoice | tracy@tessilegroup.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CA-084-43 | OLIVE | 100% Poly Crochet Embroidery 30D 57/58" | 165 | $12.85 | $2,120.25 |
| | | Subtotal : | 165 | | $2,120.25 |
| | | Freight & Handling : | | | $0.00 |
| | | TOTAL : | | | $2,120.25 |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

**Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.**

1. CLAIMS - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for children's sleepwear.
3. CASUALTIES - Goods delivered through common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
**\*\*\* NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER \*\*\***



**FIESTA FABRIC**

Textile Importer, Exporter

**INVOICE # 27813**

| CUSTOMER PO # | PAGE |
|---|---|
| 3485 | 1 / 1 |
| DATE | DUE DATE |
| 12/17/14 | 01/16/15 |

1142 E. 12th st.  Los Angeles, CA 90021

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

SOLD TO
GYPSY 05
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
☎ (323) 265-2700 / FAX: (323) 657-5369

SHIP TO
GYPSY 05
3200 Union Pacific Ave.,
LOS ANGELES, CA 90023
TEL: (323) 265-2700 / FAX: (323) 657-5369

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 30 | TBT EXPRESS | 1 |
| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | APPROVED BY |
| 12/17/14 | 3485 | 0 | 27829 | TRACY | |
| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FRT METHOD, TERMS | (818) 389-2928 | X |
| 12/17/14 | 27813 | APP | Prepaid & Bill Invoice | tracy@tessilegroup.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| FIE-CW-5172-90 | BURGUNDY | 100% Nylon Mesh Embroidery 52/54" | 57 | $11.25 | $641.25 |

Subtotal : 57    $641.25
Freight & Handling :    $48.95
**TOTAL :**    **$690.20**

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1. CLAIMS - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or allowing to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for children's sleepwear.
*Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.*
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***



## FIESTA FABRIC
Textile Importer, Exporter

**INVOICE # 27702**

| CUSTOMER PO # | PAGE |
|---|---|
| 3485 | 1 / 1 |
| DATE | DUE DATE |
| 12/03/14 | 01/02/15 |

1142 E. 12th st.  Los Angeles, CA 90021

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

| S O L D T O | GYPSY 05<br>3200 Union Pacific Ave.,<br>LOS ANGELES, CA 90023<br>(323) 265-2700 / FAX: (323) 657-5369 | S H I P T O | GYPSY 05<br>3236 Union Pacific Ave.,<br>LOS ANGELES, CA 90023<br>TEL: (323) 265-2700 |
|---|---|---|---|

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 30 | TBT EXPRESS | 6 |
| **INVOICE DATE** | **CUST PO #** | **BILL OF LADING** | **SALES ORDER #** | **SALESPERSON** | **APPROVED BY** |
| 12/03/14 | 3485 | 0 | 27829 | TRACY | |
| **SHIPPING DATE** | **PACKING SLIP #** | **APPROVAL #** | **FRT METHOD, TERMS** | (818) 389-2928 | X |
| 12/03/14 | 27702 | APP | Prepaid & Bill Invoice | tracy@tessilegroup.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| FIE-CW-5172-90 | BURGUNDY | 100% Nylon Mesh Embroidery 52/54" | 41 | $11.25 | $461.25 |
| FIE-CW-5172-90 | BLACK | " " " " | 197 | $11.25 | $2,216.25 |
| | | Subtotal : | 238 | | $2,677.50 |
| | | Freight & Handling : | | | $48.95 |
| | | TOTAL : | | | $2,726.45 |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric.  Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered.  Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1. CLAIMS -Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dying.  All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods.  Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color fastness, shrinkage, sewable, stretch, crispiness, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence.  Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
*** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***



**FIESTA FABRIC**

Textile Importer, Exporter

1142 E. 12th st. Los Angeles, CA 90021

## INVOICE # 27735

| CUSTOMER PO # | PAGE |
|---|---|
| 3485 | 1 / 1 |

| DATE | DUE DATE |
|---|---|
| 12/08/14 | 01/07/15 |

Tel: (213) 572-3333  Fax: (213) 572-3330
www.fiestafabric.com

| S O L D T O | GYPSY 05<br>3200 Union Pacific Ave.,<br>LOS ANGELES, CA 90023<br>(323) 265-2700 / FAX: (323) 657-5369 | S H I P T O | GYPSY 05<br>3200 Union Pacific Ave.,<br>LOS ANGELES, CA 90023<br>TEL: (323) 265-2700 / FAX: (323) 657-5369 |
|---|---|---|---|

| NAME | DEPT/DIVISION | ATTENTION | TERMS | SHIPPED VIA | TOTAL PCS |
|---|---|---|---|---|---|
| | | | Net 30 | TBT EXPRESS | 2 |
| INVOICE DATE | CUST PO # | BILL OF LADING | SALES ORDER # | SALESPERSON | APPROVED BY |
| 12/08/14 | 3485 | 0 | 27829 | TRACY | |
| SHIPPING DATE | PACKING SLIP # | APPROVAL # | FRT METHOD, TERMS | (818) 389-2928 | X |
| 12/08/14 | 27735 | APP | Prepaid & Bill Invoice | tracy@tessilegroup.com | |

| STYLE NO. | COLOR | DESCRIPTION | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| FIE-CW-5172-90 | BURGUNDY | 100% Nylon Mesh Embroidery 52/54" | 115.50 | $11.25 | $1,299.38 |

| | | |
|---|---|---|
| Subtotal : | 115.50 | $1,299.38 |
| Freight & Handling : | | $48.95 |
| **TOTAL :** | | **$1,348.33** |

WARNING: All patterns attached hereto are registered copyrights of Fiesta Fabric. Under absolutely no circumstances may said patterns or the individual components of the artwork contained therein be copied, reproduced, imitated or altered. Any such unauthorized and/or illegal copying of said copyrighted patterns and/or artwork, either by direct or indirect involvement, will be prosecuted to the full extent of the law.

1. CLAIMS - Goods must be counted upon receipt. Cutting ticket is not proof of shortage. We are not responsible for any goods after garment dyeing. All claims or demands for defective merchandise must be made in writing by certified mail within 5 days of receipt goods. Failure to give such notice shall constitute unqualified acceptance and waiver of all such claims by buyer. Written return authorization is required by seller for returns. Any errors in items or price must be reported within 5 days.
2. TESTING OF GOODS - It is the buyer's responsibility to test and sample the goods received before cutting or altering to meet specific requirements, performance standards, or applications especially for color-fastness, shrinkage, sewable, stretch, weight/yield, and general appearance. This fabric does not meet the flammability standards for childrens sleepwear.
      Absolutely no returns will be accepted or allowances made after goods have been cut or altered from original delivered form. Do not mix dye lots.
3. CASUALTIES - Goods delivered throughout common carriers or sent via parcel post are at the risk of buyer. In no event shall the seller be liable for loss of profits, late deliveries, damages for breach of contract by buyer, or other consequential or contingent losses.
4. WARRANTIES - Seller makes no warranty, either express or implied, of merchantability or of fitness of goods for any specific purpose unless expressly specified.
5. PAYMENT - Payments are due within time period specified on invoice, time being of the essence. Upon failure of the buyer to make timely payments, buyer agrees to pay any and all cost of collection and litigation, including but not limited to attorney fees and interest at the rate of 10% per month.
6. JURISDICTION - California has jurisdiction over any claim that arises from this transaction. Any dispute that arises from this transaction shall be governed by laws of the State of California.
      Copyright is owned by Fiesta Fabric and is protected under United States and International Copyright Law. All rights reserved.
      *** NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION BY SELLER ***