MICHAEL E. PAPPAS (SBN 130400)
  mpappas@lesnickprince.com
DAVID S. ALVERSON (SBN 198885)
  dalverson@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, California 90015
Telephone: (213) 493-6585
Facsimile:  (213) 493-6596

Attorneys for Plaintiff Gold Value International Textile, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually and doing business as "FIESTA FABRIC," <br><br> Plaintiff, <br><br> v. <br><br> GYPSY 05, INC., a California Corporation; THE TJX COMPANIES, INC., a Delaware Corporation, individually and doing business as "Marshalls"; EMINENT, INC., a Delaware Corporation, individually and doing business as "Revolve Clothing" and "www.revolveclothing.com"; AMAZON.COM, INC., a Delaware Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-06928-PJW <br><br> ORDER RE DISMISSAL |

---

PROOF OF SERVICE

## **ORDER**

Having reviewed the concurrently filed Stipulation for Dismissal,

IT IS HEREBY ORDERED that plaintiff Gold Value International Textile, Inc.'s Complaint in this action is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED that for all purposes, including the dismissal of this case, each party shall bear its own attorneys' fees and costs.  The Court retains jurisdiction for purposes of enforcing the parties' settlement agreement and payment of all amounts due thereunder.

Dated: December 9, 2016              _____
                                                              Patrick J. Walsh
                                                      United States Magistrate Judge